IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00359–REB–KMT

WHITE RIVER TOWNHOMES, LLC,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and
HEPWORTH-PAWLAK GEOTECHNICAL, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Suspend Scheduling Order and Stay Rule 16(b) Scheduling Conference" (#16, filed May 21, 2008) is GRANTED in part. The Scheduling Conference set for May 28, 2008 is VACATED and **RESET for July 15, 2008 at 9:45 a.m.**

Dated: May 23, 2008