# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-00248-REB-MEH
(Consolidated with Civil Action No. 08-cv-00359-REB-MEH)

WHITE RIVER VILLAGE, LLP,

    Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendant/Third-Party Plaintiff,

v.

JONATHAN REED & ASSOCIATES, INC., et al.,

    Third-Party Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter is before me *sua sponte*. On March 23, 2009, I entered an order [#301] compelling the parties to arbitrate certain of the claims pending in this case, and staying proceedings in this court on claims not subject to arbitration. Having reviewed the record, I conclude that this case should be closed administratively pending completion of the arbitrations. Any party may seek to re-open these cases on a showing of good cause.

**THEREFORE, IT IS ORDERED** that under **D.C.COLO.LCivR 41.2**, the clerk of the court is **DIRECTED** to close these consolidated civil actions administratively, subject to reopening for good cause.

Dated October 4, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge